UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.:   17-17750
Doneshia L Jenkins-Winston  )
  )
  )  Chapter:  13
  )  Honorable Donald R. Cassling
  )
  )
Debtor(s)  )

**ORDER GRANTING MOTION TO AUTHORIZE LOAN MODIFICATION**

  Having read the MOTION TO AUTHORIZE LOAN MODIFICATION heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

  The Debtor is authorized to modify the mortgage loan securing her real property located at 18938 Carson Drive Homewood, IL 60430, according to the following terms:
Loan Amount not to exceed: $163,800.84
Loan Term: 30 years
Loan Rate: 4.625
Loan Payment: $839.08

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  August 30, 2018

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600